IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN HAGANS and VIVIAN HAGANS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MENTOR HEALTHCARE, INC. and NATIONAL MENTOR HEALTHCARE, LLC,<br><br>Defendants. | CIVIL ACTION NO. 1:22-cv-00128 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NATIONAL MENTOR HEALTHCARE, LLC D/B/A NEW JERSEY MENTOR**

Defendant National Mentor Healthcare, LLC d/b/a New Jersey Mentor, by and through its counsel, Ballard Spahr LLP, hereby submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. National Mentor Healthcare, LLC d/b/a New Jersey Mentor is neither a publicly-owned company nor a parent, subsidiary, or affiliate of a publicly-owned corporation. National Mentor Healthcare, LLC d/b/a New Jersey Mentor is a privately-held limited liability company.

|  |  |
|---|---|
|  | **BALLARD SPAHR LLP** |
| Date: March 9, 2022 | */s/ Monica T. Nugent* |
|  | Shannon D. Farmer (*pro hac vice* motion pending) |
|  | 1735 Market Street, 51st Floor |
|  | Philadelphia, PA 19103 |
|  | farmerd@ballardspahr.com |
|  | Telephone: (215) 864-8221 |
|  |  |
|  | Monica T. Nugent (I.D. No. 238252017) |
|  | 700 East Gate Drive, Suite 330 |
|  | Mount Laurel, NJ 08054 |
|  | nugentm@ballardspahr.com |
|  | Telephone: (856) 761-3400 |
|  |  |
|  | *Attorneys for Defendant, National Mentor Healthcare, LLC d/b/a New Jersey Mentor* |

## **CERTIFICATE OF SERVICE**

      I, Monica T. Nugent, do hereby certify that, on this date, the foregoing Rule 7.1 Corporate Disclosure Statement was filed electronically and is available for viewing and downloading from the ECF system.

Dated: March 9, 2022                                */s/ Monica T. Nugent*
                                                                          Monica T. Nugent