**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN HAGANS AND VIVIAN HAGANS, individually and on behalf of those similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>NATIONAL MENTOR HEALTHCARE, INC., and NATIONAL MENTOR HEALTHCARE, LLC<br><br>Defendants. | CIVIL ACTION<br>Case No. 1:22-00218-KMW-SAK |

**NOTICE OF MOTION TO CONDITIONALLY CERTIFY COLLECTIVE ACTION AND FACILITATE NOTICE**
**TO POTENTIAL CLASS MEMBERS**

**PLEASE TAKE NOTICE** that, on **August 15, 2022**, Plaintiffs, John Hagans and Vivian Hagans, by and through their undersigned counsel, shall move before this Honorable Court, for an order granting Plaintiffs' request to Conditionally Certify Collective Action and to Facilitate Notice to Potential Class Members pursuant to 29 U.S.C. § 216(b).

**PLEASE TAKE NOTICE** that in support of this Motion, Plaintiffs shall rely on Plaintiff's Brief/Memorandum of Law in Support of Motion to Conditionally Certify Collective Action and Facilitate Notice to Potential Class Members and the Exhibits attached thereto, which is being filed contemporaneously herewith.

1

**PLEASE TAKE NOTICE** that a proposed Order is hereby submitted with this Notice of Motion.

Respectfully submitted this 13th day of July, 2022.

>  */s/ Andrew R. Frisch*
> Andrew R. Frisch, Esquire
> New Jersey Bar No.: 038452000
> Chanelle Ventura
> FL Bar No.: 1002876
> (admitted *Pro Hac Vice*)
> Morgan & Morgan, P.A.
> 8151 Peters Road, Suite 4000
> Plantation, FL 33324
> Telephone: (954) WORKERS
> Facsimile: (954) 327-3013
> Email:     afrisch@forthepeople.com
> Email:     cventura@forthepeople.com
> *Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

>  */s/ ANDREW R. FRISCH*
> **Andrew R. Frisch**