# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN HAGANS AND VIVIAN HAGANS, individually and on behalf of those similarly situated,

    Plaintiffs,

vs.

NATIONAL MENTOR HEALTHCARE, INC., and NATIONAL MENTOR HEALTHCARE, LLC

Defendants.

CIVIL ACTION
Case No. 1:22-00218-KMW-SAK

## NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN

The purpose of this Notice is to inform you of the existence of a collective action lawsuit in which you potentially are "similarly situated" to the named Plaintiff, to advise you of how your rights may be affected by this suit, and to instruct you on the procedure for participating in this suit, if you desire to do so.

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, UNITED STATES DISTRICT JUDGE JOHN E. STEELE.  THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF PLAINTIFF'S CLAIMS OR OF THE DEFENDANTS' DEFENSES.

## INTRODUCTION TO THE CASE

The lawsuit at issue was filed on January 11, 2022, against Defendants NATIONAL MENTOR HEALTHCARE, INC. and NATIONAL MENTOR HEALTHCARE, LLC ("Mentor" or "Defendants").  Plaintiffs are "Community

Care Providers" or "Mentors" for Defendants who were paid a day rate. Plaintiffs allege that Defendants violated the federal Fair Labor Standards Act by not properly paying them required overtime wages when they worked more than 40 hours in a workweek because Defendants misclassified them as independent contractors. The lawsuit further alleges that Defendants failed to pay Community Care Providers minimum wages due for all weeks/hours worked. Specifically, Plaintiffs allege that, due to the number of hours they worked each week, their regular rate of pay fell below the applicable minimum wage. The lawsuit is seeking back pay and liquidated damages from the Defendants, as well as costs and attorney's fees to compensate such eligible employees. Defendants deny that they have violated the law and contend that they paid Plaintiffs and Community Care Providers ("CCPs") in conformance with the law.

The Court has not yet decided whether Defendants have done anything wrong or whether this case will proceed to trial. There is no money available now and no guarantees that there will be. However, you have a choice to assert your legal rights in this case. If you do not choose to do this, then you will not be entitled to share in any money award that is made in the case.

1. **COMPOSITION OF THE CLASS**

The named Plaintiffs seek to sue on behalf of themselves and also on behalf of other CCPs with whom they allege they are similarly situated. Specifically, Plaintiffs seek to sue on behalf of all CCPs who worked for Defendants within the last three years who were paid a day rate and worked more than 40 hours in a workweek without overtime compensation. The Plaintiffs also seek to sue on behalf of all CCPs who were paid a day rate and whose regular rate of pay fell below the applicable minimum wage in one or more workweeks.

2. **YOUR RIGHT TO PARTICIPATE IN THIS SUIT**

If you fit either or both of the definitions above, you may join this case (that is, you may "opt-in") by completing and mailing the attached "Consent to Join Wage Claim" form to Plaintiffs' counsel at the following address:

Andrew R. Frisch
Chanelle Ventura
MORGAN & MORGAN, P.A.
8151 Peters Road
Fourth Floor
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
AFrisch@forthepeople.com
CVentura@forthepeople.com

The form must be sent to Plaintiffs' counsel **within ninety (90) days from the date of mailing of this Notice**.  If you fail to return the Consent, you may not be able to participate in this lawsuit.

3. **EFFECT OF JOINING THIS CASE**

If you choose to join in this case, you will be bound by any ruling, judgment, award, or settlement ultimately entered in this case, whether it is favorable or unfavorable.  If you join this case, you may be required to respond to interrogatories and requests for production of documents, and have your testimony taken in a deposition under oath.

The attorney for the class is being paid on a contingency fee basis, which means that if there is no recovery there will be no attorney's fee.  If there is a recovery, the attorney for the class will receive a part of any settlement obtained or money judgment entered in favor of all members of the class.

If you sign and return the Consent to Join Wage Claim form attached to this Notice, you are agreeing to the entering of an agreement with Plaintiffs' counsel concerning attorney's fees and costs, and all other matter pertaining to this lawsuit. However, the Court has retained jurisdiction to determine the reasonableness of any contingency agreement entered into by Plaintiffs with counsel, and to determine the adequacy and appropriateness of Plaintiffs' counsel's fees.

### 4. TO STAY OUT OF THE LAWSUIT

If you do not wish to be a part of the lawsuit, you do not need to do anything. If you do not join the lawsuit, you will not be part of the case in any way and will not be bound by or affected by the result, whether favorable or unfavorable. Your decision not to join this case will not affect your right to bring a similar case on your own at a future time. However, claims under the Fair Labor Standards Act must be brought within two (2) years of the date the claim accrues, unless the employer's violation of the law was "willful," in which case the claim must be brought within three (3) years.

### 5. NO RETALIATION PERMITTED

Federal law prohibits Defendants from discharging or in any other manner discriminating against you because you "opt-in" to this case, or have in any other way exercised your own rights under the Fair Labor Standards Act.

### 6. YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this suit, and agree to be represented through plaintiffs' attorney, your counsel in this action will be.

> Andrew R. Frisch
> Chanelle Ventura
> MORGAN & MORGAN, P.A.
> 8151 Peters Road
> Fourth Floor
> Plantation, Florida 33324
> Telephone: (954) WORKERS

Facsimile: (954) 327-3013<br>
AFrisch@forthepeople.com<br>
CVentura@forthepeople.com

**7.      FURTHER INFORMATION**

Further information about this Notice, the deadline for filing a Consent form or answers to questions concerning this lawsuit may be obtained by writing or phoning Plaintiffs' counsel at the telephone number and address stated in the Paragraph titled "Introduction to the Case" above. Other than to review the filings that have been made in this case, please do not contact the Court or the Clerk of the Court directly.

Dated: _____, 2022