IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOHN HAGANS and VIVIAN HAGANS, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>NATIONAL MENTOR HEALTHCARE, INC., and NATIONAL MENTOR HEALTHCARE, LLC,<br><br>              Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 22-00128-KMW-SAK<br><br>**ORDER** |

**WILLIAMS, District Judge:**

      This matter is before the Court on Plaintiffs John Hagans and Vivian Hagans', individually and behalf of those similarly situated, Motion to Conditionally Certify Collective Action and Facilitate Notice to Potential Class Members pursuant to 29 U.S.C. § 216(b).  [ECF No. 35].  Defendants National Mentor Healthcare, Inc., and National Mentor Healthcare, LLC oppose this motion.  For the reasons set forth in the Opinion of March 17, 2023,

      IT IS this   17th   day of March, 2023, hereby

      **ORDERED** that Plaintiffs' Motion is GRANTED in that the Court approves conditional certification of the proposed collective action; and

      **FURTHER ORDERED** that the Court permits Plaintiffs' notice to utilize USPS, email, and text messaging to notify potential opt-in plaintiffs, and permits a reminder notice halfway through the notice period of 60 days; and

      **FURTHER ORDERED** that notification will be limited to Community Care Providers engaged by Defendants within three years prior to the date of conditional certification.

                                                          s/ Karen M. Williams  
At Camden, New Jersey                   KAREN M. WILLIAMS, U.S.D.J.