## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN HAGANS AND VIVIAN HAGANS, individually and on behalf of those similarly situated, <br><br>     Plaintiffs, <br> vs. <br><br> NATIONAL MENTOR HEALTHCARE, INC., and NATIONAL MENTOR HEALTHCARE, LLC <br><br> Defendants. | CIVIL ACTION <br> Case No. 1:22-00128-KMW-SAK |

### NOTICE OF MOTION FOR CLASS CERTIFICATION PURSUANT TO RULE 23

**PLEASE TAKE NOTICE** that, on **June 17, 2024**, Plaintiffs, John Hagans and Vivian Hagans, individually and on behalf of those similarly situated ("Plaintiffs"), by and through their undersigned counsel, shall move this Honorable Court for entry an Order granting Plaintiffs' Motion for Class Certification Pursuant to Rule 23 of the Federal Rules of Civil Procedure ("Motion").

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Plaintiffs shall rely on Plaintiff's Brief/Memorandum of Law in Support of Motion for Class Certification Pursuant to Rule 23 and the Exhibits attached thereto, which were filed contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted with this Notice of Motion.

Respectfully submitted this 14th day of May, 2024.

1

*/s/  Andrew R. Frisch*
Andrew R. Frisch, Esquire
New Jersey Bar No.: 038452000
Morgan & Morgan, P.A.
8151 Peters Road, Suite 4000
Plantation, FL 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
Email: afrisch@forthepeople.com
*Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

*/s/ ANDREW R. FRISCH*

**Andrew R. Frisch**