UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                    **DATE OF PROCEEDING:** January 8, 2025

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER: SHARON RICCI**


**TITLE OF CASE AND DOCKET NUMBER:**

HAGANS et al v. NATIONAL MENTOR HEALTHCARE, INC. et al.
1:22-cv-128-KMW-SAK


**APPEARANCES:**

ANDREW FRISCH, ESQ. - for Plaintiff

MONICA NUGENT, ESQ. and SHANNON FARMER, ESQ.- for Defendant


**NATURE OF PROCEEDING:**    Motion Hearing

**DISPOSITION:**

Oral argument held on the record re Motion to Certify Class (ECF No. 130).
Findings of the Court read into the record.
Ordered Motion to Certify Class is GRANTED.
Order to be entered.


                    DEPUTY CLERK: s/Nicole Ramos



TIME COMMENCED: 11:08 a.m.  TIME ADJOURNED: 12:36 p.m.  TOTAL TIME: 1 hr., 28 mins.