UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CIVIL ACTION NO: 1:22-cv-00128-KMW-SAK

JOHN HAGANS and VIVIAN HAGANS, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

NATIONAL MENTOR HEALTHCARE, INC. and NATIONAL MENTOR HEALTHCARE, LLC,

    Defendants.
_____/

JURY TRIAL DEMANDED

Class and Collective Action

### *UNOPPOSED* MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff, by and through undersigned counsel of record, hereby submits her unopposed request for preliminary approval of the Parties' Settlement Agreement ("Settlement Agreement") attached hereto as **Exhibit A**.

Plaintiffs filed this class and collective action against Defendants in this Court. Plaintiffs allege that Defendants failed to pay them and other similarly situated Home Host Providers ("HHPs") all minimum wages and overtime wages due to them under the Fair Labor Standards Act ("FLSA") and New Jersey law, due to their misclassification of HHPs as independent contractors rather than employees. The Parties have agreed to settle these claims on a class basis, pursuant to Federal Rule of Civil Procedure 23, and on a collective basis, under the FLSA (29 U.S.C. §216(b)), for the Gross Settlement Amount listed in the Settlement Agreement, inclusive of attorney's fees, litigation costs, claims administration expenses, and general release payments.

As discussed in the accompanying memorandum in support, the proposed Settlement Agreement meets all the criteria for preliminary approval. The proposed Settlement Agreement is fair, adequate, and reasonable. It will result in considerable payments to class members; it is non-collusive; and it was achieved as the result of informed, extensive, and arm's length negotiations conducted by counsel for the respective Parties who are experienced in wage and hour class action litigation and overseen by an experienced class wage and hour mediator.

To effectuate the settlement and distribute funds to settlement class, Plaintiffs requests that the Court (1) preliminarily approve the Settlement Agreement, (2) certify the proposed class and collective for settlement purposes only, (3) sign the proposed Preliminary Approval Order (attached to Settlement Agreement as **Exhibit B**), (4) approve and authorize mailing/emailing of the proposed Class Notice of Proposed Class and Collective Action Settlement (attached as **Exhibit C** to the Memorandum of Law in Support of this Motion), and (5) set a date for a final approval hearing at least 75 days after the order granting Preliminary Approval.

Date: February 13, 2026    Respectfully submitted,

By: */s/ Andrew R. Frisch*
    **Andrew R. Frisch**
    **MORGAN & MORGAN, P.A.**
    8151 Peters Road, Suite 4000
    Plantation, FL 33324
    Tel: 954 WORKERS
    Fax: 954 327 3013
    Email: afrisch@forthepeople.com

    **Attorneys for Plaintiff and the Settlement Class**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February 2026, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Andrew R. Frisch*
Counsel for Plaintiff